Decided January 7, 2009

STATE OF CONNECTICUT *v.* RANDY FLEMING

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 337 (AC 27836), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided January 7, 2009

ANGELO A. ZIOTAS *v.* THE REARDON LAW FIRM, P.C.

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 287 (AC 28260), is granted, limited to the following issue:

"Did the Appellate Court improperly conclude that the Connecticut wage statute, General Statutes § 31-71a, applied to the plaintiff's year-end bonus?"

KATZ, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18292.

*William F. Gallagher,* in support of the petition.

*Anthony M. Fitzgerald* and *David S. Hardy,* in opposition.

Decided January 7, 2009